IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

MINNIE PEARL JOHNSON   )
_____  )
_____  )
        Plaintiff(s),  )   CIVIL ACTION NO.
                       )
        v.             )   2:06CV906-ID
TROY BANK & TRUST COMPANY ET, AL )
_____  )
_____  )
        Defendant(s). )

RECEIVED
2006 OCT -6  A 10:55

## COMPLAINT

1. Plaintiff(s)' address and telephone number: MINNIE PEARL JOHNSON
   308 DEAN STREET  TROY, AL 36081

2. Name and address of defendant(s): TROY BANK & TRUST COMPANY
   P.O. BOX 967 OR 1000 HWY 231 SOUTH TROY, AL 36081

3. Place of alleged violation of civil rights: TROY BANK & TRUST

4. Date of alleged violation of civil rights: 9-22-2006, 9-25-2006, 9-27-2006

5. State the facts on which you base your allegation that your constitutional rights have been violated: I MINNIE PEARL JOHNSON WAS DISCRIMATION AND TARGET, FRAUDULENT, BECAUSE OF MY EDUCATION, BEING A DISABLE PERSON, AND SEX AS A FEMALE. ON 9-22,25,27-06. THIS CAME FROM A LOAN AGREEMENT DONE ON 8-29-06. TROY BANK & TRUST COMPANY MALES LOAN OFFICALS MR: JOHN PARKER AND HIS EXECUTIVE VICE PRESIDENT MR: JEFF KERVIN, USE THEIR ABILITY AND DISCRETION, TO ALL THE ABOVE AND TO CHEAT ME OR ATTEMPTING TO CHEAT ME WITH A TWO PARTY CHECK AUTHORIZED BY THEIR BANK, TROY BANK & TRUST COMPANY, WITH THE INTENT TO DECEIVE ME, BY NOT REWRITTING MY CHECK. AND CHARING ME INTEREST AND FINANCE CHARGES THAT HAVE BEEN APPLY TO MY LOAN ACCOUNT. THIS CHECK IS NO VALUE TO ME.

1

6.   Relief requested: I MINNIE PEARL JOHNSON, PRAY FOR RELIEF ON THE SUM OF $9,600.60, PLUS BOTH TITLE BACK IN THE HAND OF PLAINTIFF.
   WHEREFORE, PLAINTIFF JOHNSON, PRAY FOR JUDGMENT AGAINST THE DEFENDANTS TROY BANK & TRUST IN THE AMOUNT OF $70,000 OR MORE BY COURT TO DECIDE.

Date: 10-6-06

*Minnie Pearl Johnson*
Plaintiff(s) Signature
308 DEAN ST,
TROY, AL 36081