# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MINNIE PEARL JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv906-ID |
| | ) |
| **TROY BANK & TRUST CO.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

It is CONSIDERED and ORDERED that the above-styled cause be and the same is hereby REFERRED to the magistrate judge for further proceedings and determination or recommendation as may be appropriate.

Done this 11th day of October, 2006.

       /s/ Ira DeMent
       SENIOR UNITED STATES DISTRICT JUDGE