IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINNIE PEARL JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-00906-ID |
| | ) |
| TROY BANK & TRUST COMPANY | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 3), the undersigned Magistrate Judge considers Plaintiff's *Motion to Proceed In forma Pauperis* (Doc. 2, October 10, 2006). The court wishes the Plaintiff to understand *fully* the limited nature of being allowed to proceed *in forma pauperis*. This status does permit the Plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, but it does not permit the Plaintiff to maintain the lawsuit without incurring any personal expenses.

The Plaintiff should understand that she *may* incur expenses as a result of the prosecution of this case, and there is no provision for the court's payment of those expenses. For example, in the event of a trial, the Plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage. Additionally, court costs, in varying amounts, can be very substantial, and they are normally assessed against the losing party. This means that a plaintiff who loses a case may be charged with, and obligated to pay, *all* court costs, even though the plaintiff is proceeding *in forma pauperis*.

Having advised the Plaintiff of the possible expense of litigation, it is **ORDERED** that the *Motion to Proceed In Forma Pauperis* (Doc. 2) is **GRANTED**.

**For good cause, it is further ORDERED that the Clerk delay service of the Complaint pending the entry of appropriate orders following the court's review of any timely filed amended complaint consistent with the ORDER filed herewith.**

Done this 16th day of October, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE