IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MINNIE PEARL JOHNSON** | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06cv906-ID |
| **TROY BANK AND TRUST COMPANY** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

COMES NOW the Defendant, Troy Bank and Trust Company, and moves to dismiss the Plaintiff's Complaint and as grounds in support hereof, says as follows:

1. The amount in controversy does not exceed the jurisdictional minimum of $75,000.00 and said Complaint is due to be dismissed.

2. The Plaintiff has made certain allegations of discrimination based upon sex and disability. However, the Plaintiff did not first notify the Equal Employment Opportunity Commission regarding these alleged violations and, therefore, the Complaint is due to be dismissed.

3. The matter in controversy is a dispute that belongs in the state court and, specifically, the Circuit Court of Pike County, Alabama. Some basic allegations in the Complaint clearly show that this matter is for the state court:

   a. This case arises out of a loan made to the Plaintiff by the Defendant as alleged in the Complaint. The Plaintiff is a resident of Pike County, Alabama

and the Defendant is a banking corporation having its principal office in Pike County, Alabama.

b. The Complaint alleges that the two loan officers made the loan and delivered to the Plaintiff a two-party check. The Complaint alleges that the Plaintiff wanted the check re-written and the Defendant failed to do so.

c. This controversy arises out of a banking transaction which occurred in Pike County, Alabama, and the Plaintiff has obviously made allegations of discrimination solely for the purpose of avoiding resolution of this matter in state court.

WHEREFORE, the premises considered, the Defendant requests that this Complaint be dismissed.

Respectfully submitted, this 20th day of October 2006.

　　　　　　　　　　　　　　　　　　/s/ Allen C. Jones
　　　　　　　　　　　　　　　　　　Allen C. Jones
　　　　　　　　　　　　　　　　　　JON040

　　　　　　　　　　　　　　　　　　Attorney for Defendant Troy Bank and Trust Company

202 West Walnut Street
Troy, Alabama 36081
(334) 566-3605

2

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing document has been electronically filed this the 20th day of October, 2006.

Minnie Pearl Johnson
308 Dean Street
Troy, Alabama 36081

                                                /s/ Allen C. Jones_____