IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

MINNIE PEARL JOHNSON  
    PLAINTIFF,  
V.                      CASE NO. 2:06-CV-00906-ID-DRB  
TROY BANK & TRUST COMPANY  
    DEFENDANT.

RECEIVED 2006 OCT 24 A 10:30

MP PLAINTIFF MINNIE PEARL JOHNSON TO AMEND COMPLAINT

    COME NOW, HERE YE! HERE YE!
PLAINTIFF MINNIE PEARL JOHNSON, PRO-SE, UNLEARNED IN LAW, AND THEREFORE SUBJECT TO ERROR, RESPECTFUL AND IN GOOD FAITH, TO AMEND HER COMPLAINT AS FOLLOW.

(1) DEFENDANT TROY BANK & TRUST COMPANY, IS BELIEVED TO BE A DOMESTIC CORPORATION DOING BUSINESS IN PIKE COUNTY.

(2) PLAINTIFF JOHNSON WOULD LIKE TO MAKE THE LOAN OFFICALS FOR TROY BANK & TRUST, MR:JOHN PARKER, AND MR: JEFF KERVIN, A DEFENDANTS IN THIS COMPLAINT.

(3) DEFENDANTS JOHN PARKER AND JEFF KERVIN WAS AT ALL TIMES PERTINENT ACTING AS AN AGENT AND /OR EMPLOYEE OF DEFENDANT TROY BANK & TRUST COMPANY.

(4) ON OR ABOUT AUGUST 29,2006, PLAINTIFF MINNIE PEARL JOHNSON, INTER INTO A CONTRACT WITH THE DEFENDANT TROY BANK & TRUST COMPANY, JOHN PARKER. AS A RESULT LATER TROY BANK & TRUST COMPANY DID NOT ABIDE BY THEIR CONTRACT. WHICH RESULT IN BAD FAITH FAILURE TO PAY, FEDERAL LAWS 29 USCS-1461.

(5) ON SEPTEMBER 22,25,27,2006, DEFENDANTS JOHN PARKER, AND JEFF KERVIN, WHILE ACTING IN THE LINE AND SCOPE OF ITS AGENCY AND OR EMPLOYMENT, FRAUDULENT, NEGLIGRNTLY, AND CHEAT PLAINTIFF JOHNSON OR ATTEMPTING TO CHEAT HER WHITH A TWO PARTY CHECK THAT THE DEFENDANTS AUTHORIZED AT TROY BANK & TRUST COMPANY,AS A RESULT BANK KEPT PLAINTIFF JOHNSON TITLES TO HER CARS, THE CHECK WAS SUPPOSE TO BE USE FOR FIXING OF ONE OF THE CAR IN THE AMOUNT OF $1,087.64. AS A RESULT PLAINTIFF JOHNSON, CAR DID NOT GET FIX, BECAUSE THE MECHANIC CLAIM THAT HE COULD NOT FIX IT, AND THE DEFENANT DID NOT WANT TO WRITE ANOTHER CHECK. VIOLATED FEDERAL LAWS 15USC 1692(F)(1)PROHIBITS COLLECTING WHAT IS NOT OWED . ...WHILE ATTEMPTING TO ENFORCE A FRAUDULENT AGREEMENT MAY VIOLATE OTHER LAWS, 15 U.S.C. sec. ...

(6) DEFENDANTS JOHN PARKER AND JEFF KERVIN, DISCRIMATED, AND TARGET PLAINTIFF JOHNSON, BECAUSE SHE IS A FEMALE, AND HAS LACK OF EDUCATION AND SHE IS A DISABLE PERSON DRAWING SOCIAL SECURITY CHECK. WHICH CONSTITUTION PLAINTIFF JOHNSON RIGHTS UNDER AMENDMENT IV.

(7) WHEREFORE, PLAINTIFF MINNIE PEARL JOHNSON, AMEND IN THIS MOTION ALL THE ABOVE, WITH THE PERMISSION OF THE COURT. ALSO ALL COAST PLAINTIFF ON DEMAND ASK THAT THE DEFENDANTS TROY BANK & TRUST COMPANY PAY ALL COAST OF COURT AND JURY DUTY.

DONE THIS 23 DAY OF OCTOBER 2006    *Minnie Pearl Johnson*
PRO-SE MINNIE PEARL JOHNSON
308 DEAN ST.
TROY, AL 36081
(334) 566-8985

IN RE : TO LOAN NUMBER 2126974
LOAN DATE 8-29-2006

MINNIE PEARL JOHNSON
308 DEAN STEET
TROY , AL 36081
(334) 566-8985
9-29-06

DEAR TROY BANK IN TRUST LOAN OFFICIALS : MR: PARKER, MR: KERVIN, AND TO WHOWN IT MAY CONCERN :

I AM WRITTING ABOUT THIS MATTER ABOVE . ON 9-22-2006, 9-25-2006 AND 9-27-2006, I SPOKEN WITH YOU TWO MEN ABOUT MY NOTE, DISCLOSURE, AND SECURITY AGREEMENT LOAN NUMBER ABOVE.

I DISCUSS THE LOAN WITH YOU TWO ON THE DATE ABOVE, THE THE CHECK YOU WROTE TO ME AND OTHER PERSON , WHICH WAS AUTHORIZED BY BANK TROY BANK AND TRUST COMPANY. ONE CHECK THAT WAS AUTHORIZED TO MINNIE PEARL JOHNSON AND CHARLES AUTO HAS NOT BEEN CASH, AND COULD NOT BE CASH, BECAUSE THE MECHANIC SAID HE COULD NOT FIX MY CAR.

THEREFORE, I HAVE A CHECK THAT I CANNOT CASH AND IS OF NO VALUE TO ME, BECAUSE IT IS TWO PARTY CHECK. I HAVE TRY TO WORK WITH YOU ON TWO AUEETON, ONE WAS THAT YOU MAKE THE CHECK OUT TO ME SINCE I WAS THE ONLY ONE NAME ON AGREEMENT NOT CHARLES AUTO, AND SO I COULD GET A MECHANIC THAT WILL FIX MY CAR. TWO I ASK YOU IF YOU WOULD TAKE THE FINANCE CHARGE AND INTEREST CHARGE OFF MY LOAN, AND GIVE MY OTHER TITLE BACK. YOU DID NOT WANT TO WORK WITH ME ON MY LOAN. ABOUT THIS MATTER SO IT COULD HAVE BEEN SETTLE BUT WAS NOT. I AM NOT PAYING FOR A CHECK THAT COULD NOT BE CASH BY ME, AND INTEREST AND FINANCE CHARGES THAT BEEN APPLY TO MY LOAN ACCOUNT. I WILL SEE YOU PEOPLE IN COURT.

SINCERELY *Minnie Pearl Johnson*
MINNIE PEARL JOHNSON

CC:

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
TROY BANK AND TRUST COMPANY
PRESIDENT AND VICE
MR: JEFFREY D. KERVIN
1000 HWY 231 South
TROY, AL. 36081

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X *Juzy Deny* ☐ Agent ☐ Addressee
B. Received by (Printed Name) *Juzy Deny*
C. Date of Delivery 10-3-06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

**Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

TROY, AL 36081 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.39 | 0081 |
| Certified Fee | | $2.40 | |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | OCT 0 2 2006 |
| Total Postage & Fees | $ | $4.64 | 10/02/2006 |

TROY AL 36081
USPS
(BANK AND TRUST COMPANY)



TROY BANK & TRUST CO.
P.O. BOX 967
TROY, ALABAMA 36081
(334) 566-9000

OFFICIAL CHECK

4973912495

August 29, 2006
DATE

PAY TO THE ORDER OF   MINNIE PEARL JOHNSON & CHARLES AUTO         $ *1,087.64*

AMOUNT   TROY BANK & TRUST CO. 1,087 DOL 64 CTS

REMITTER   LOAN PROCEEDS

DRAWER: TROY BANK AND TRUST COMPANY

BY
AUTHORIZED SIGNATURE   Debra Hill

PURPOSE

⑆096016765⑆00497   3912495⑈