IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MINNIE PEARL JOHNSON,
    PLAINTIFF,
    V.
TROY BANK & TRUST COMPANY
    DEFENDANT

CASE NO. 2:06-CV-00906-ID-DRB

RECEIVED
2006 NOV 17  P 12: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PLAINTIFF JOHNSON OBJECTIONS

COME NOW, HERE YE! PLAINTIFF MINNIE PEARL JOHNSON, PRO SE, ALREADY HAVE STATED THAT SHE IS UNLEARNED IN LAW, AND THEREFORE SUBJECT TO ERROR, RESPECTFUL AND GOOD FAITH.

(1) PLAINTIFF JOHNSON DO OBJECT IN BEING TREAT LIKE LAWYER.

FOR GROUND REASON

PLAINTIFF JOHNSON IS NOT A LAWYER, BUT DO HAVE THE RIGHT TO SUE , AND IS DO BY LAW TO REPRESENT HER SELF IN A COURT OF LAW, AND NOT BE TREATED UNFAIRLY. AS BEING A PRO SE.

(2) OBJECT TO MAGISTRATE JUDGE RECOMMENDS DISMISSAL PRIOR TO SERVICE OF
    THE COMPLAINT, PURSUANT TO 28 U.S.C.§1915. NOTWITHSTANDING,
    PLAINTIFF ALSO OBJECT TO STATEMENT BEING MADE IN THIS RECOMMENDATION
    THE SOLE DEFENDANT-APPARENTLY HAVING BEEN SERVED DIRECTLY BY THE PLAINTIFF.

FOR GROUND REASON

(A) PLAINTIFF JOHNSON, DID NOT AND HAVE NOT SERVICE DEFENDANT TROY BANK & TRUST COMPANY MY COMPLAINT BY ANY MEANS.

(B) DEFENDANT TROY BANK & TRUST COMPANY, SHOULD HAVE WAITED, AND ANSWER PROPPERLY ACCORDING TO FEDERAL RULES CIVIL PROCEDURE, RULE 8(B) DEFENSES: FORM OF DENIALS. A PARTY SHALL STATE IN SHORT AND PLAIN TERMS THE PARTY S DEFENSES TO EACH CLAIM ASSERTED AND SHALL ADMIT OR DENY THE AVERMENTS UPON WHICH THE ADVERSE PARTY RELIES. AND SO ON......................

RULE 8(D) EFFECT OF FAILURE TO DENY. AVERMENTS IN A PLEADING TO WHICH A RESPONSIVE PLEADING IS REQUIRED, OTHER THAN THOSE AS TO THE AMOUNT OF DAMAGE, ARE ADMITTED WHEN NOT DENIED IN THE RESPONSIVE PLEADING IS REQUIRED OR PERMITTED SHALL BE TAKEN AS DENIED OR AVOIDED.

RULE 8(F) CONSTRUCTION OF PLEADINGS. ALL PLEADING SHALL BE SO CONSTRUED AS TO DO SUBSTANTIAL JUSTICE.


SCANNED
KH 11/16/06

(3) PLAINTIFF JOHNSON, OBJRCT TO THE DISCUSSION II. NOTWITHSTANDING MISPLACE REFERENCE TO FEDERAL STATUES, THE AMENDED COMPLAINT BY JOHNSON, AN ALABAMA CITIZEN, AGAINT THE NON-DIVERSE DEFENDANT BANK, SOUNDS ENTIRELY IN STATE CONTRACT AND TORT( NEGLIGENCE AND FRAUD) LAW. AND SO ON ....................

## FOR GROUND REASON

BASE ON RESEARCH FINDING EXHIBIT(A) ATTACH
UNDER FEDERAL LAWS 15USC 1692

FINDLAW FOR LEGAL PROFESSIONALS-CASE LAW, FEDERAL AND STATE...
15 USC 1692(F)(1) PROHIBITS COLLECTING WHAT IS OWED... WHILE ATTEMPTING TO ENFORCE A FRAUDULENT AGREEMENT MAY VIOLATE OTHER LAWS, 15 U.S.C. SEC...

ALABAMA PERSONAL INJURY & TORTS FINDING STATES,,
§11;08--JURISDICTION.

1953- LAURITZEN V LARSEN, 345 US 571, 97 L ED 1254, 73 S CT 921 (1953)
AN ACTION UNDER THE JONES ACT MAY BE BROUGHT IN THE STATE COURTS AS WELL AS IN THE FEDERAL COURTS.

1926- ENGEL V DAVENPORT, 271 US 33, 70 L ED 813, 46 S CT 410 (1926)
THE STATE AND FEDERAL COURTS HAVE CONCURRENT JURISDICTION TO ENFORCE THE RIGHT OF ACTION UNDER THE JONES ACT.

(4) PLAINTIFF JOHNSON, DO OJECT TO MY CASE ACTION BEING FILE IN MY JURISDICTION, WHERE I LIVE IN PIKE COUNTY.

## FOR GROUND REASON:

(A) BECAUSE       JOHNSON, HAVE SUE OR TRY TO SUE PIKE COUNTY COURT HOUSE JUDGES AND LAWYERS, AND SO ON...
THIS WILL DEFINITELY PREJUDICE MY CASE IN STATES COURT. MINNIE REYNOLDS JOHNSON V PIKE COUNTY COURT HOUSE, AND SO ON... CASE -CV-2002-24.
PLAINTIFF JOHNSON IS AND WAS THE SUEING PARTY IN THIS CASE.

## ARGUMENT

PLAINTIFF JOHNSON, ARGUMENT THE DEFENDANT TROY BANK & TRUST, DID NOT FOLLOW THE RULE FEDERAL CIVIL JUDICIAL PROCEDURE, THE DEFENDANT DID NOT ADMIT OR DENY THE AVERMENTS UPON WHICH THE ADERSE PARTY RELIES AND SO.....
WHEREBY THE LAW APPLY TO ALL, AND PLAINTIFF JOHNSON, IN THIS CASE ARE SEEKING JUSTICE, IN RULE 8(D)EFFECT OF FAILURE TO DENY PAGE(1) AND SO ON.....
AND RULE 8(F) CONSTRUCTION OF PLEADINGS. ALL PLEADING SHALL BE SO CONSTRUED AS TO DO SUBSTANTIAL JUSTICE. THE DEFENDANT HAD 20 DAY TO ANSWER TO PLAINTIFF COMPLAINT, THE DEFENDANT KNEW BY SOME MEANS. BUT FAIL TO ANSWER MORE THEN 20 DAYS PASS. DEFENDANT IS IN DEFAULT, WHEREFORE , JUDGMENT IS APPLY AS A MATTER OF LAW.

<u>ARGUMENT CONTINUE</u>

THE DEFENDANT TROY BANK & TRUST COMPANY, COULD HAVE WAITED ON THE COMPLAINT AND ANSWER IT PROPPERLY ACCORDING TO FEDERAL LAWS. PLAINTIFF JOHNSON IS SEEKING JUSTICE AGAINST DEFENDANT TROY BANK & COMPANY, FOR GROUND THE DEFENDANT HAVE WRONG THE PLAINTIFF.

WHEREFORE, PLAINTIFF JOHNSON, HAVE A RIGHT AS A MATTER OF LAW TO SEEK RELIEF REQUESTED IN HER COMPLAINT AS FOLLOW : FOR RELIEF ON THE SUM OF $9,600.60, PLUS BOTH TITLE BACK IN THE HAND OF PLAINTIFF, AND JUDGMENT AGAINT THE DEFENDANTS TROY BANK & TRUST COMPANY IN AMOUNT OF $70,000 or more .

RESPECTFULLY SUBMITTED,

*Minnie Pearl Johnson*

MINNIE PEARL JOHNSON 11-17-06
308 DEAN STREET
TROY, ALABAMA 36081
(334)566-8985

PAGE(3)

CERTIFICATE OF SERVICE

I CERTIFY THAT MINNIE P. JOHNSON, ON THIS DATE 11-17-06, HAVE SERVED A COPY OF FOREGOING DOCUMENTS TO THE DEFENDANT TROY BANK & TRUST COMPANY ATTORNEY ALLEN C. JONES.

ALLEN C. JONES
202 WEST WALNUT STREET
TROY, ALABAMA 36081

SUBMITTED, ON THIS 17 DAY OF NOVEMBER
YEAR OF 2006
MINNIE PEARL JOHNSON

federal laws 15usc 1692 - Google Search

Page 1 of 2

Sign in

Go to Google Home

Web  Images  Video  News  Maps  more »

federal laws 15usc 1692   [Search]  Advanced Search / Preferences

**Web**  Results 1 - 10 of about 42,500 English pages for federal laws 15usc 1692. (0.82 seconds)

Did you mean: federal laws *15usc1692*

The Fair Debt Collection Practices Act
Congressional findings and declarations of purpose [15 USC 1692] ... (3) the Federal Credit Union Act, by the Administrator of the National Credit Union ...
www.ftc.gov/os/statutes/fdcpa/fdcpact.htm - 44k - Cached - Similar pages

   Gramm-Leach-Bliley Act: Subchapter II: Fraudulent Access to ...
   Section 25A of the Federal Reserve Act is classified to subchapter II (Sec. ... and Exchange Commission, appropriate Federal law enforcement agencies, ...
   www.ftc.gov/privacy/glbact/glbsub2.htm - 22k - Cached - Similar pages

US CODE: Title 15,1692. Congressional findings and declaration of ...
1692. Congressional findings and declaration of purpose ... Existing laws and procedures for redressing these injuries are inadequate to protect consumers. ...
www.law.cornell.edu/uscode/15/1692.shtml - 11k - Cached - Similar pages

FDIC: FDIC Law, Regulations, Related Acts - Consumer Protection
Skip Site Summary Navigation FDIC Home - Federal Deposit Insurance ... [Codified to 15 U.S.C. 1692] [Source: Section 802 of title VIII of the Act of May 29, ...
www.fdic.gov/regulations/laws/rules/6500-1300.html - 54k - Cached - Similar pages

A Primer On Debt Collection Deception Law
15 U.S.C. 1692e. Yet deceptive threats are among the most common violations of the FDCPA. Deception Standards Developed Under the Federal Trade Commission ...
www.lectlaw.com/files/ban07.htm - 22k - Cached - Similar pages

Federal Judge Rules that Proceedures Required by New York State ...
However, the language required by 15 USC 1692 (g)(4) states: ... Under Federal Law, your landlord's attorney or managing agent can be fined $1000 for every ...
www.samsloan.com/no-rent.htm - 7k - Cached - Similar pages

Credit
This section summarizes portions of the state's collection agency law (RCW 19.16) and the federal Fair Debt Collections Practices Act (15 USC 1692). ...
www.atg.wa.gov/consumer/credit.shtml - 41k - Cached - Similar pages

FindLaw for Legal Professionals - Case Law, Federal and State ...
15 USC 1692(f)(1) prohibits collecting what is not owed. ... While attempting to enforce a fraudulent agreement may violate other laws, 15 U.S.C. sec. ...
caselaw.lp.findlaw.com/cgi-bin/getcase.pl?court=7th&navby=case&no=982586 - 35k - Cached - Similar pages

SPECIAL INTEREST-ON PREEMPTION AND VISITORIAL POWERS US Office of ...
9 15 USC 45(a)(1). 10 There is an existing network of federal laws ... 15 USC 1667, and the Fair Debt Collection Practices Act, 15 USC 1692 et seq. ...
www.findarticles.com/p/articles/mi_qa3887/is_200403/ai_n9355836/pg_30 - 34k - Cached - Similar pages

[PDF] DEBTORS RIGHTS - COLLECTION AGENCIES
File Format: PDF/Adobe Acrobat - View as HTML
"Fair Debt Collection Practices Act" (in 15 U.S.C. 1692). These laws can be found at your local. library. Federal and state law defines a collection agency ...
www.lawhelp.org/documents/1386210200EN.pdf?stateabbrev=/WA/ - Similar pages

Did you mean to search for: federal laws *15usc1692*

Sponsored Links

**Federal laws**
Free Legal Information & Research on US Constitution, **Federal Laws**.
www.FindLaw.com

**Federal Regulations**
Free **Federal Regulations** info Find what you're looking for!
www.RegulationGuide.com

EXHIBIT(A)

Result Page:  1  2  3  4  5  6  7  8  9  10   **Next**

Free! Speed up the web. Download the Google Web Accelerator.