M/D-9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

RECEIVED

2006 DEC 11  A 10: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MINNIE PEARL JOHNSON )
        Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 2:6CV906-ID
 )
TROY BANK & TRUST COMPANY, AL )
 )
        Defendant. )

### NOTICE OF APPEAL

Notice is hereby given that MINNIE PEARL JOHNSON above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the ___ORDER___ entered in this action on the __11__ day of __DECEMBER__, __2006__.

_Minnie P. Johnson_
Signature

__12-11-2006__
Date of Signature

__308 DEAN STREET__

__TROY, ALABAMA 36081__
Address

(334) 566-8985

CERTIFICATE OF SERVICE

I CERTIFY THAT MINNIE P. JOHNSON, ON THIS DATE 12-11-06, HAVE SERVED A COPY OF FOREGOING DOCUMENTS TO THE DEFENDANT TROY BANK & TRUST COMPANY ATTORNEY ALLEN C. JONES.

ALLEN C. JONES
202 WEST WALNUT STREET
TROY, ALABAMA 36081

SUBMITTED, ON THIS 11 DAY OF DECEMBER YEAR OF 2006 *Minnie Pearl Johnson*
MINNIE PEARL JOHNSON