IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MINNIE PEARL JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv906-ID |
| | ) |
| TROY BANK & TRUST CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 11, 2006, Plaintiff Minnie Pearl Johnson filed a motion to proceed on appeal *in forma pauperis*. (Doc. No. 12). 28 U.S.C. § 1915(a) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." In making this determination as to good faith, the court must use an objective standard, such as whether the appeal is "frivolous," Coppedge v. United States, 369 U.S. 438, 445 (1962), or "has no substantive merit." United States v. Bottoson, 644 F.2d 1174, 1176 (5th Cir. Unit B. May 15, 1981) (per curiam).

Applying this standard, the court is of the opinion, for the reasons stated in the recommendation of the magistrate judge, that Ms. Johnson's appeal is without a legal or factual basis, and, thus, is frivolous and not taken in good faith. See Rudolph v. Allen, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam). Accordingly, it is

CONSIDERED and ORDERED that Ms. Johnson's motion to proceed on appeal *in forma pauperis* be and the same is hereby DENIED and that the appeal in this cause is hereby certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

DONE this 14th day of December, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE