IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16450-I

MINNIE PEARL JOHNSON,

                                                            Plaintiff-Appellant,

versus

TROY BANK & TRUST CO.,
JEFF KERVIN, et al.,

                                                            Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

/s/ Stanley Marcus
UNITED STATES CIRCUIT JUDGE