IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16450-I

MINNIE PEARL JOHNSON,

Plaintiff-Appellant,

versus

TROY BANK & TRUST COMPANY,

Defendant-Appellee.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 2nd day of April, 2007.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 2 - 2007
THOMAS K. KAHN
CLERK

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Debbie Fisher/caw
Deputy Clerk

FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
BY: [signature]
DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40